**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1009**
_____

In re: JORGE GALEAS, JR.,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(No. 3:12-cv-00682-RJC)

_____

Submitted: March 26, 2013          Decided: March 29, 2013

_____

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Jorge Galeas, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Galeas, Jr., petitions for a writ of mandamus, seeking an order from this court directing the district court to adhere to the law in connection with a civil suit he filed in that court. We conclude that Galeas is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U. S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Galeas is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2